FILED IN
COURT OF CRIMINAL APPEALS

September 14, 2015

ABEL ACOSTA, CLERK

PD-1170-15

PD-1170-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/8/2015 1:49:20 PM
Accepted 9/14/2015 10:31:32 AM
ABEL ACOSTA
CLERK

**NO. 05-14-00127-CR**

**IN THE
COURT OF APPEALS
FIFTH JUDICIAL DISTRICT
AT DALLAS, TEXAS**


**CLARENCE DANNEL DUNNINGTON,** *Appellant*

**v.**

**THE STATE OF TEXAS**, *Appellee*

---

**MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE PETITION FOR DISCRETIONARY REVIEW**

---

**COMES NOW Clarence Dannel Dunnington**, by and through his attorney and respectfully submits this Motion for an Extension of Time in which to file Petition for Discretionary Review in the above-entitled and numbered cause. In support of this Motion, Appellant would show this Honorable Court the following:

**I.**

Appellant was charged by indictment with the offense of Capital Murder for Retaliation Judge/Justice in Cause Number 296-80895-2013. This matter was tried before a Jury. At the conclusion of the trial, on January 17, 2014, the Jury found Mr. Dunnington guilty of offense of Capital Murder under the Texas Penal Code

1

MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE PETITION
FOR DISCRETIONARY REVIEW

§19.03 (a)(9). Appellant was sentenced to Life without Parole in the Texas Department of Corrections and no fine. Appellant filed his Notice of Appeal on January 21, 2014.

## II.

Appellant's Petition of Discretionary Review is due to be filed on or before September 30, 2015.

## III.

Appellant respectfully requests an extension of time until December 30, 2015.

## IV.

Appellant would show that the following are reasonable explanations for the requested extension:

Appellant is filing a Petition for Discretionary Review Pro Se.

## V.

In order to have sufficient time to prepare Petition for Discretionary Review, Appellant requires an additional 60 - 90 days.

## VI.

This Motion is filed in compliance with rule 10.5 (b)(3) of The Texas Rules of Appellate Procedure and is not sought for purposes of delay but that justice may be served.

MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE PETITION
FOR DISCRETIONARY REVIEW

Denial of this motion will deprive Appellant of his right to effective assistance of counsel on Appeal in violation of U.S. CONST. Amend VI and XIV and TEX. CONST. art. I § 10.

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests that the time for filing Appellants' Brief in this case be extended to December 30, 2015.

Respectfully submitted,

*Attorney for Appellant*

/s/ Heather J. Barbieri

_____

Heather J. Barbieri
SBN 24007298
1400 Gables Court
Plano, Texas 75075
(972) 424-1902 (telephone)
(972) 208-2100 (facsimile)

# CERTIFICATE OF SERVICE

This is to certify that a copy of the above-entitled and numbered Motion has been submitted to the Fifth Court of Appeals and the Collin County District Attorney by depositing it, prepaid, certified mail, return receipt requested, in an official depository under the care and custody of the United States Postal Service on the 4th day of September, 2015, enclosed in a wrapper properly addressed as follows:

      Clerk of the Court (CMRRR # 9590 9401 0091 5168 9702 58)
      Court of Appeals
      Fifth District of Texas
      600 Commerce Street
      Dallas, Texas 75202


cc:    Collin County District Attorney
      c/o Appellate Division
      2100 Bloomdale Road
      McKinney, Texas 75071


/s/ Heather J. Barbieri

_____
Heather J. Barbieri
Attorney for CLARENCE DANNEL DUNNINGTON